NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CORRINE CHISM,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7002

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-2210, Judge William A. Moorman.

---

## ON MOTION

---

## ORDER

Eric K. Shinseki, Secretary of Veterans Affairs, moves without opposition for a 24-day extension of time, until April 5, 2012, to file his response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

MAR 0 9 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: David E. Boelzner, Esq
    L. Misha Preheim, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

MAR 0 9 2012

**JAN HORBALY**
**CLERK**